36277. IRVIN et al. v. McWHORTER LTD. et al.

JORDAN, Presiding Justice.
After further consideration we find that certiorari was improvidently granted.
*Dismissed. All the Justices concur.*

ARGUED JULY 8, 1980 — DECIDED SEPTEMBER 4, 1980.

*Edward L. Savell,* for appellants.
*T. Jackson Bedford, Jr.,* for appellees.